## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Donna M. Hunt,                                          Civil No.  11-1049 (RHK/AJB)

    Plaintiff,                                     **ORDER FOR DISMISSAL**

vs.

C.U. Mortgage Service, Inc.,

    Defendant.

_____

Pursuant to the parties' Stipulation (Doc. No. 13), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 13, 2011

                                                            s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge